AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| John Hawkins and HawkLaw, PA | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General, | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  3:21-01319-JMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        The South Carolina Commission on Lawyer Conduct
        1220 Senate Street, Suite 111
        Columbia, South Carolina 29201

        Christopher G. Isgett, Chairman
        South Carolina Commission on Lawyer Conduct
        1220 Senate Street, Suite 111
        Columbia, South Carolina 29201

        The South Carolina Office of Disciplinary Counsel
        1220 Senate Street, Suite 309
        Columbia, South Carolina 29201

        John S. Nichols, Disciplinary Counsel
        1220 Senate Street, Suite 309
        Columbia, South Carolina 29201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Robert D. Dodson
        Law Office of Robert Dodson, P.A.
        1722 Main Street, Suite 200
        Columbia, South Carolina 29201

AO 440 (Rev. 06/12)  Summons in a Civil Action

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: May 04, 2021 _____

s/Angie Snipes
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |