# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| John Hawkins and HawkLaw, PA,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General,<br><br>　　　　Defendants. | C/A No. 3:21-cv-01319-JMC<br><br><br>**NOTICE OF APPEARANCE** |

　　PLEASE TAKE NOTICE that the undersigned attorney, Susan P. McWilliams, represents the Defendants, The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel and John S. Nichols, and hereby gives notice of appearance as counsel in the above-captioned action. All future pleadings and correspondence should be sent to the attorney at the address below.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/Susan P. McWilliams
　　　　　　　　　　　　　　　　　　Susan P. McWilliams, Fed ID No. 3351
　　　　　　　　　　　　　　　　　　NEXSEN PRUET, LLC
　　　　　　　　　　　　　　　　　　1230 Main Street, Suite 700 (29201)
　　　　　　　　　　　　　　　　　　Post Office Drawer 2426
　　　　　　　　　　　　　　　　　　Columbia, SC 29202
　　　　　　　　　　　　　　　　　　Telephone:  803.771.8900
　　　　　　　　　　　　　　　　　　SMcWilliams@nexsenpruet.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendants The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols*

May 14, 2021
Columbia, South Carolina