# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| John Hawkins and HawkLaw, PA, | C/A No. 3:21-cv-01319-JMC |
| Plaintiffs | |
| v. | **NOTICE OF APPEARANCE** |
| The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General, | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned attorney, Brittany N. Clark, represents the Defendants, The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel and John S. Nichols, and hereby gives notice of appearance as counsel in the above-captioned action. All future pleadings and correspondence should be sent to the attorney at the address below.

Respectfully submitted,

s/Brittany N. Clark
Brittany N. Clark, Fed ID No. 12891
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC 29202
Telephone: 803.771.8900
BClark@nexsenpruet.com

*Attorney for Defendants The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols*

May 14, 2021
Columbia, South Carolina