IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| John Hawkins and HawkLaw, PA ) | |
| ) | |
| Plaintiffs, ) | PROOF OF SERVICE |
| ) | C/A No.: 3:21-01319-JMC |
| versus ) | |
| ) | |
| The South Carolina Commission on ) | |
| Lawyer Conduct, Christopher G. Isgett, ) | |
| The South Carolina Office of Disciplinary ) | |
| Counsel, John S. Nichols and Alan Wilson, ) | |
| South Carolina Attorney General, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    I Robert D. Dodson, do hereby certify that a copy of the foregoing Summons and Complaint and Local Rule 26.01 Answers to Interrogatories have been duly served upon:

The South Carolina Commission on Lawyer Conduct
1220 Senate Street
Suite 111
Columbia, SC  29201

South Carolina Office of Disciplinary Counsel
1220 Senate Street
Suite 309
Columbia, SC  29201

John S. Nichols
Disciplinary Counsel
1220 Senate Street
Suite 309
Columbia, SC  29201

Alan Wilson
SC Attorney General
Rembert Dennis Building
1000 Assembly Street
Room 519
Columbia, SC  29201

1

Christopher G. Isgettt
SC Commission on Lawyer Conduct
1220 Senate Street
Suite 111
Columbia, SC  29201

Said Service was made in the following manner:

Via Certified Mail 7015 0640 0005 7305 9224 on May 11, 2021 to The South Carolina Commission on Lawyer Conduct as evidenced by the attached original Return Receipt.

Via Certified Mail 7015 0640 0005 7305 9217 on May 11, 2021 to South Carolina Office of Disciplinary Counsel as evidenced by the attached original Return Receipt.

Via Certified Mail 7015 0640 0005 7305 9200 on May 11, 2021 to John S. Nichols as evidenced by the attached original Return Receipt.

Via Certified Mail 7015 0640 0005 7305 9248 on May 7, 2021 to Alan Wilson as evidenced by the attached original Return Receipt.

Via Certified Mail 7015 0640 0005 7305 9231 on May 11, 2021 to Christopher G. Isgett as evidenced by the attached original Return Receipt.

This 14th day of May, 2021

Respectfully submitted,

/s/ Robert D. Dodson
Robert D. Dodson
Federal I.D. Number 7249
Law Offices of Robert Dodson, P.A.
1722 Main Street, Suite 200
Columbia, SC  29201
Telephone (803) 252-2600
Facsimile (803) 771-2259
Email: rdodson@rdodsonlaw.com