**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alan Wilson
   SC Attorney General
   Rembert Dennis Building
   1000 Assembly Street
   Room 519
   Columbia, SC 29201

   9590 9402 5432 9189 6440 96

2. Article Number (Transfer from service label)

   7015 0640 0002 7305 9248

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Stephanie Laurie

C. Date of Delivery: 5/7/21

D. Is delivery address different from item 1?  ☐ Yes  ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...estricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box.

Law Offices of Robert Dodson
1722 Main Street, Suite 200
Columbia, SC 29201

9590 9402 5432 9189 6440 96

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10