

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5432 9189 6440 89

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Law Offices of Robert Dodson
1722 Main Street, Suite 200
Columbia, SC 29201

1-285150

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SC Office

122c
Suite 3c
Columbia, SC 29a

9590 9402 5432 9189 6440 89

2. Article Number (Transfer from service label)
7015 0640 0005 7305 9217

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Anseigae Jones                    5-11-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

___pe
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
                       ☐ Delivery
                       (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PS Form 3811, July 2015 PSN 7530-02-000-9053