**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The SC Commission on Lawyer Conduct
1220 Senate Street
Suite 111
Columbia, SC 29201

9590 9402 5432 9189 6440 58

2. Article Number (Transfer from service label)

7015 0640 0005 7305 9224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Barbara W. Hinson   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Barbara W. Hinson
C. Date of Delivery: 5/11/2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**USPS TRACKING #**



9590 9402 5432 9189 6440 58

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Law Offices of Robert Dodson
1722 Main Street, Suite 200
Columbia, SC 29201