AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John Hawkins and HawkLaw, PA, )<br>*Plaintiff* )<br>v. )<br>The S.C. Commission on Lawyer Conduct, et al )<br>*Defendant* ) | Case No. 3:21-cv-01319-JMC |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alan Wilson, South Carolina Attorney General    .

Date:   05/20/2021

s/ Harley L. Kirkland
*Attorney's signature*

Harley L. Kirkland 12397
*Printed name and bar number*

South Carolina Attorney General's Office
Post Office Box 11549
Columbia, South Carolina 29211-1549

*Address*

HKirkland@scag.gov
*E-mail address*

(803) 734-0406
*Telephone number*

(803) 734-3677
*FAX number*