# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| John Hawkins and HawkLaw, PA, | C/A No. 3:21-cv-01319-JMC |
| Plaintiffs | |
| v. | **CONSENT ORDER OF DISMISSAL** |
| The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General, | |
| Defendants. | |

Pursuant to Rule 41 (a)(2), FRCP, Plaintiffs move that the Defendant Alan Wilson, South Carolina Attorney General, be dismissed without prejudice. Defendant Wilson and Defendants South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, the South Carolina Office of Disciplinary Counsel, and John S. Nichols consent to this dismissal. [Signatures of counsel on next page.]

The Court dismisses Defendant Wilson, as named in this action, without prejudice. He should be omitted from the caption in future filings in this case.

IT IS SO ORDERED

_____
J. Michelle Childs
United States District Judge

May 24, 2021
Columbia, South Carolina

| WE SO MOVE: | WE CONSENT: |
|---|---|
| s/ Robert D. Dodson | s/Angus H. Macaulay |
| Robert D. Dodson, Fed. ID No. 7249 | Angus H. Macaulay, Fed. ID No. 5248 |
| Law Offices of Robert Dodson, P.A. | NEXSEN PRUET, LLC |
| 1722 Main Street, Suite 200 | 1230 Main Street, Suite 700 (29201) |
| Columbia, SC 29201 | Post Office Drawer 2426 |
| Telephone: (803) 252-2600 | Columbia, SC 29202 |
| Facsimile: (803) 771-2259 | Telephone: 803.771.8900 |
| Email: rdodson@rdodsonlaw.com | AMacaulay@nexsenpruet.com |

*Attorney for Plaintiffs John Hawkins and Hawk Law, PA*

*Attorney for Defendants The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, and John S. Nichols*

s/Harley L. Kirkland
Harley L. Kirkland Fed. ID No. 12593
Assistant Deputy Attorney General
Office of the Attorney General
1000 Assembly Street, Room 519
Post Office Box 11549
Columbia, SC 29211
Telephone: 803.734.3680
Facsimile: 803.734-3677
HKirkland@scag.gov

*Attorney for Alan Wilson, South Carolina Attorney General*

May 21, 2021
Columbia, South Carolina