**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| John Hawkins and HawkLaw, PA, <br><br> Plaintiffs <br><br> v. <br><br> The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General <br><br> Defendants. | C/A No. 3:21-cv-01319-JMC <br><br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS CHRISTOPHER G. ISGETT AND JOHN S. NICHOLS PURSUANT TO RULE 41** |

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(i), Plaintiffs file this Notice of Dismissal of all claims against Christopher G. Isgett and John S. Nichols based on the stipulation by Defendants The South Carolina Commission on Lawyer Conduct and the South Carolina Office of Disciplinary Counsel that they are the proper entities to respond to the claims that are the subject of the Plaintiffs' Complaint.

/s/Robert D. Dodson
Robert D. Dodson
Law Offices of Robert Dodson, P.A.
1722 Main St. STE 200
Columbia, SC 29201
Telephone: 803-252-2600
rdodson@rdodsonlaw.com

*Attorney for Plaintiffs John Hawkins and HawkLaw,P.A.*

May 25, 2021