**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| John Hawkins and HawkLaw, PA,<br><br>              Plaintiffs,<br><br>vs.<br><br>The South Carolina Commission on Lawyer Conduct, The South Carolina Office of Disciplinary Counsel,<br><br>              Defendants. | Civil Action No. 3:21-cv-01319-JMC<br><br>**DEFENDANT THE SOUTH CAROLINA OFFICE OF DISCIPLINARY COUNSEL'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |

    Defendant, The South Carolina Office of Disciplinary Counsel, by and through its undersigned counsel, answering Local Civil Rule 26.01 interrogatories, states as follows:

    **(A)    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

    ANSWER:    None.

    **(B)    As to each claim, state whether it should be tried jury or nonjury and why**.

    ANSWER:    Nonjury. Plaintiffs' Complaint seeking declaratory and injunctive relief does not request a jury trial.

    **(C)    State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company which the party owns ten percent or more of the outstanding shares.**

    ANSWER:    The South Carolina Office of Disciplinary Counsel is not publicly owned.

    **(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

    ANSWER:    Defendants are located in this district.

    **(E)  Is this action related to any other matter (civil or criminal) filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the**

related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Cases are related if they (1) arise from the same or identical transactions, happenings or events; (2) involve the identical parties or property; or (3) for any other reason would entail substantial duplication of labor if heard by different judges.

ANSWER:    Upon information and belief, there is no other matter pending within the division.

**(F)    [Defendants only] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

ANSWER:    N/A

**(G)    [Defendants only]  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

ANSWER:    N/A

Respectfully submitted,

s/Angus H. Macaulay

| Susan P. McWilliams | Fed ID No. 3351 |
|---|---|
| smcwilliams@nexsenpruet.com | |
| Angus H. Macaulay | Fed ID No. 5248 |
| AMacaulay@nexsenpruet.com | |
| Sara S. Svedberg | Fed ID No. 11928 |
| ssvedberg@nexsenpruet.com | |
| Brittany N. Clark | Fed ID No. 12891 |
| bclark@nexsenpruet.com | |

NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, S.C. 29202
PHONE:  (803) 771-8900
FACSIMILE:  (803) 253.8277

**Attorneys for Defendant The South Carolina Office of Disciplinary Counsel**

June 22, 2021
Columbia, South Carolina