# Exhibit 7

# Law Tigers Photos



