# Exhibit 2

## South Carolina Secretary of State Business Listing HawkLaw, PA

South Carolina Secretary of State

# Business Entities Online
File, Search, and Retrieve Documents Electronically

# HawkLaw, PA

## Corporate Information

**Entity Type:** Corporation

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

## Important Dates

**Effective Date:** 05/14/2001

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

## Registered Agent

**Agent:** JOHN D HAWKINS

**Address:** 607 Pendleton Street, #101
Greenville, South Carolina  29601

## Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Notice of Change of Registered Office | 06/12/2018 |
| Articles of Amendment | 06/12/2018 |
| Amendment | 07/24/2013 |
| Change of Agent or Office | 09/01/2012 |
| Change of Agent or Office | 08/09/2006 |
| Incorporation | 05/14/2001 |

## Former Names

| Name | Filing Date |
|---|---|
| JOHN D. HAWKINS, P.A. | N/A |

For filing questions please contact us at **803-734-2158**

Copyright © 2021 State of South Carolina