# Exhibit 5

June 26, 2015 Letter from
Office of Disciplinary Counsel



# The Supreme Court of South Carolina
## OFFICE OF DISCIPLINARY COUNSEL

Lesley M. Coggiola
Disciplinary Counsel

Kelly B. Arnold
Assistant Disciplinary Counsel

Post Office Box 12159
Columbia, South Carolina 29211

Telephone:  (803) 734-2038
Fax: (803) 734-1964

June 26, 2015

PERSONAL AND CONFIDENTIAL

Michael J. Virzi, Esquire
Post Office Box 50252
Columbia, SC 29250

RE:    Lawyer:           John David Hawkins, Esquire
       File Number:      14-DE-L-1423

Dear Mr. Virzi:

Thank you for your response to our inquiry in the above-referenced matter. Based on the information that you have provided, we believe that it is appropriate to conclude this matter with a letter of caution citing Rules 7.1(a)(b)(c)(d) and (e) and 7.2(a)(b)(d)(h) and (i).

We will issue the letter of caution if Mr. Hawkins completes the SC Bar Legal Ethics and Practice Program Advertising School. Mr. Hawkins can register LEAPP online by going to www.scbar.org and clicking on Continuing Legal Education or by contacting the Bar's CLE Division. The program is only offered two or three times each year. Mr. Hawkins is encouraged to enroll as soon as possible.

If you and Mr. Hawkins agree to this resolution, please sign and date the enclosed copy of this letter and return it to me. If you do not agree, please contact me so that we can discuss it further. This offer of resolution will be available the next thirty days (completion of the CLE in that time period is not required). Please respond within twenty days from the date of this letter.

Michael J. Virzi, Esquire
June 26, 2015
Page Two

Please note that this offer will be unilaterally withdrawn if, prior to issuance of the letter of caution, this office receives new information in this or any other matter indicating that Mr. Hawkins may have engaged in misconduct.

Please feel free to contact me if you have any questions or concerns.

Sincerely,

Kelly B. Arnold

I, John David Hawkins, Esquire, agree to the terms set out in this letter.

_____                Date: _____
John David Hawkins, Esquire

I, Michael J. Virzi, Esquire, have explained the terms set out in this letter to John David Hawkins, Esquire. I believe that Mr. Hawkins understands the terms of this letter and is voluntarily agreeing to them.

_____                Date: _____
Michael J. Virzi, Esquire

Plaintiff Hawkins 0019