# Exhibit 6

## May 10, 2021 Email to Opposing Counsel

**From:** Robert Dodson
**Sent:** Monday, May 10, 2021 11:47 AM
**To:** amacaulay@nexsenpruet.com; smcwilliams@nexsenpruet.com; jsnichols@sccourts.org
**Cc:** Rita Secreast-Doll; Kelly Burnside
**Subject:** John Hawkins

Dear Counsel:

As you know, I represent John Hawkins in a federal court action against ODC and others. My office forwarded Angus and Susan a copy of the Complaint. Additionally, ODC has filed formal charges against Mr. Hawkins and a response is due next week.

We plan to move for a TRO and/or preliminary injunction in the federal court and plan to ask the court to enjoin ODC from prosecuting Mr. Hawkins until the federal action is resolved. Such relief would maintain the status quo until the District Court rules of the constitutional issues raised in the lawsuit.

Please advise me if you will agree to a consent order holding the ODC matter in abeyance until the federal court action is resolved. If I do not hear back from you by Friday, May 14, 2021 we will file our motion in the federal action.

Thank you in advance for your courtesy and cooperation. Best regards,

Robert D. Dodson, Esquire
Law Offices of Robert Dodson, P.A.
1722 Main Street, STE 200
Columbia, SC 29201
(803) 252-2600