# Exhibit 7

June 7, 2021 Order Granting Motion For A Stay to File and Serve Respondent's Answer to Formal Charges



# The Supreme Court of South Carolina
## COMMISSION ON LAWYER CONDUCT

Deborah S. McKeown
Commission Counsel

1220 Senate Street, Suite 111
Columbia, South Carolina 29201
Telephone: (803) 734-2037
Fax: (803) 734-0363

June 7, 2021

PERSONAL AND CONFIDENTIAL
(By Email Only)

Michael J. Virzi, Esquire (mjv@virzilaw.com)
University of South Carolina School of Law
Post Office Box 50252
Columbia, SC 29250

Ericka M. Williams, Esquire (ewilliams@sccourts.org)
Senior Assistant Disciplinary Counsel
Office of Disciplinary Counsel
Post Office Box 12159
Columbia, SC 29211

    RE:   In The Matter of:   John David Hawkins, Respondent
             Docket Number:   21-CLC-002

Dear Counsel:

    Attached is the signed Order Granting Motion For A Stay to File And Serve Respondent's Answer to Formal Charges in the above referenced matter.

                                 Sincerely,

                                 Barbara W. Hinson
                                 Legal Assistant

BWH
Enclosure

STATE OF SOUTH CAROLINA
BEFORE THE COMMISSION ON LAWYER CONDUCT

IN THE MATTER OF:

John D. Hawkins, Respondent
Commission Docket Number: 21-CLC-002

ORDER GRANTING MOTION FOR A STAY TO FILE AND
SERVE RESPONDENT'S ANSWER TO FORMAL CHARGES

On May 27, 2021, Respondent filed a Motion pursuant to Rules 14(b)(1) and 23(a), RLDE, Rule 413, SCACR, for a Stay to File and Serve Respondent's Answer to Formal Charges. The basis for the Motion is the pendency of a related action, John Hawkins et al. vs. South Carolina Commission on Lawyer Conduct, et. al., currently pending in U.S. District Court with Case No. 3:21-cv-01319-JMC. The Office of Disciplinary Counsel joins in the request for a stay of these disciplinary proceedings.

The Motion is granted. Respondent's time for filing an Answer to the Formal Charges is stayed until the conclusion of the related federal action.

IT IS SO ORDERED.

Mitchell J. Williams, Esquire
Chair of Hearing Panel

Dated: ~~May~~ June 7, 2021
At Columbia, SC