# Exhibit 10

## August 17, 2021 Order Lifting Stay for Limited Purpose



# The Supreme Court of South Carolina
## COMMISSION ON LAWYER CONDUCT

Deborah S. McKeown
Commission Counsel

1220 Senate Street, Suite 111
Columbia, South Carolina 29201
Telephone: (803) 734-2037
Fax: (803) 734-0363

August 17, 2021

PERSONAL AND CONFIDENTIAL

Ericka M. Williams, Esquire
Post Office Box 12159
Columbia, SC 29211

Michael J. Virzi, Esquire
Post Office Box 50252
Columbia, SC 29250

      RE:   In the Matter of John David Hawkins, Respondent
              Commission Docket Number:   21-CLC-002

Dear Counsel:

    On August 10, 2021, the Office of Disciplinary Counsel filed a Notice of Voluntary Dismissal and Motion to Withdraw Formal Charges with the Commission on Lawyer Conduct pursuant to Rule 9, RLDE, and Rule 41(a)(1), SCRCP. At the request of the parties, the Hearing Panel Chair lifted the stay of these proceedings for the sole purpose of resolving Disciplinary Counsel's Notice and Motion. (Order attached)

    Disciplinary Counsel has voluntarily dismissed formal charges related to Matter 17-DE-L-0398 with prejudice (Paragraph 4.A.) and formal charges related to Matters 18-DE-L-0241 and 19-DE-L-1228 without prejudice (Paragraphs 4.B. and 4.C.) pursuant to Rule 9, RLDE, and Rule 41(a)(1), SCRCP. Accordingly, the Commission has closed Matter 21-CLC-002. The Commission declined to address the Motion to Withdraw Formal Charges since these matters have been voluntarily dismissed.

                                          Sincerely,

                                          Deborah S. McKeown

/DSM
cc:   Mitchell J. Williams, Esquire
       Chair of Hearing Panel

**STATE OF SOUTH CAROLINA**
**BEFORE THE COMMISSION ON LAWYER CONDUCT**

IN THE MATTER OF:

John D. Hawkins, Respondent
Commission Docket Number: 21-CLC-002

## ORDER LIFTING STAY FOR LIMITED PURPOSE

On May 27, 2021, Respondent filed a Motion pursuant to Rules 14(b)(1) and 23(a), RLDE, Rule 413, SCACR, for a Stay to File and Serve Respondent's Answer to Formal Charges. The Office of Disciplinary Counsel joined in the request for a stay of these disciplinary proceedings. On June 7, 2021, the Hearing Panel granted the Motion.

Both parties now request that the Hearing Panel lift the stay of these proceedings for the sole purpose of accepting and resolving Disciplinary Counsel's Notice of Voluntary Dismissal and Motion to Withdraw Formal Charges filed on August 10, 2021. The Hearing Panel grants the request to lift the stay for this limited purpose.

IT IS SO ORDERED.

Mitchell J. Williams, Esquire
Chair of Hearing Panel

Dated: August 17, 2021
At Columbia, SC