UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| John Hawkins and HawkLaw, PA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>The South Carolina Commission of Lawyer Conduct and The South Carolina Office of Disciplinary Counsel,<br><br>                    Defendants. | C/A No.:  3:21-cv-01319-JMC<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

  I, Attorney Robert D. Dodson, request protection for December 2, 2021 through December 7, 2021 for vacation.

Respectfully submitted,

               /s/ Robert D. Dodson
               Robert D. Dodson
               Federal I.D. Number 7249
               Law Offices of Robert Dodson, P.A.
               1722 Main Street, Suite 200
               Columbia, SC  29201
               Telephone (803) 252-2600
               Facsimile (803) 310-2545
               Email: rdodson@rdodsonlaw.com

               Attorney for the Plaintiff

Columbia, South Carolina
November 5, 2021