# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| John Hawkins and HawkLaw, PA,<br><br>    Plaintiffs,<br><br>vs.<br><br>The South Carolina Commission on Lawyer Conduct and The South Carolina Office of Disciplinary Counsel,<br><br>    Defendants. | Civil Action No. 3:21-cv-01319-JMC<br><br>**MOTION FOR HEARING<br>TO DISCUSS SCHEDULING ORDER** |

    Defendants, the South Carolina Commission on Lawyer Conduct and the South Carolina Office of Disciplinary Counsel (collectively, "Defendants"), respectfully move the Court for a hearing to discuss with counsel the Scheduling Order in the above-captioned case.

    As background, the parties were unable to agree on a joint proposed Scheduling Order during the Rule 26(f) conference in July 2021. Accordingly, the parties submitted for the Court's review and consideration alternative proposals for a Scheduling Order with their respective Rule 26(f) Reports, which noted their inability to agree. ECF Nos. 21–24.

    In light of the foregoing, Defendants respectfully ask that the Court hold a hearing to discuss the deadlines, the current status of the matter, and the possibility of a revised scheduling order.[1]

    The undersigned counsel certifies that, pursuant to Local Rule 7.02 (D.S.C.), he has consulted with counsel for Plaintiffs prior to filing the instant Motion, but did not receive opposing counsel's consent.

---

[1] Should the Court prefer, Defendants are also available for a telephone status conference, if appropriate, to discuss these issues.

Respectfully submitted,

s/ Angus H. Macaulay
Susi P. McWilliams, Fed. ID No. 3351
smcwilliams@nexsenpruet.com
Angus H. Macaulay, Fed. ID No. 5248
amacaulay@nexsenpruet.com
Sara S. Svedberg, Fed. ID No. 11928
ssvedberg@nexsenpruet.com
Brittany N. Clark, Fed. ID No. 12891
bclark@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC  29202
PHONE:  803.771.8900
FACSIMILE:  803.727.1435

*Counsel for Defendants, the South Carolina Commission on Lawyer Conduct and the South Carolina Office of Disciplinary Counsel*

November 30, 2021
Columbia, South Carolina