# Exhibit E

Sept. 22, 2021 Email Correspondence serving Defendants'
First Supplemental and/or Amended Discovery Responses

| | |
|---|---|
| **From:** | Clark, Brittany N. |
| **To:** | "Robert Dodson" |
| **Cc:** | Macaulay, Angus H.; Svedberg, Sara S.; McWilliams, Susan P. |
| **Subject:** | Hawkins et al. v. ODC et al., No. 21-1319 [IWOV-NPCOL1.FID2294751] |
| **Date:** | Wednesday, September 22, 2021 8:05:46 PM |
| **Attachments:** | (HawkLaw) First Supplemental-Amended Answers to Plaintiff's Interrogatories (09.22.2021).pdf |
| | (HawkLaw) First Supplemental-Amended Responses to Plaintiff's RFP (09.22.2021).pdf |
| | (HawkLaw) Privilege Log (09.22.2021).pdf |

Robert,

Attached please find Defendants' First Supplemental/Amended Answers to Plaintiffs' Interrogatories and First Supplemental/Amended Responses to Plaintiffs' Requests for Production of Documents, as discussed in our September 20, 2021 letter to you. Also attached is a copy of Defendants' privilege log.

Additionally, below please find a link to Defendants' document production in connection with Plaintiffs' first set of Requests for Production:
Click to Retrieve File(s)

If you have any issue with the link, or have any other trouble with attachments, please let me know. A hard copy of the written responses has also been placed in the mail.

Best regards,
Brittany

**Brittany N. Clark**
Nexsen Pruet, LLC
T: 803.540.2171, C: 864.414.8120
BClark@nexsenpruet.com
www.nexsenpruet.com