# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| John Hawkins and HawkLaw, PA,<br><br>Plaintiffs,<br><br>vs.<br><br>The South Carolina Commission on Lawyer Conduct and The South Carolina Office of Disciplinary Counsel,<br><br>Defendants. | Civil Action No. 3:21-cv-01319-JMC<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL** |

Defendants, The South Carolina Commission on Lawyer Conduct and The South Carolina Office of Disciplinary Counsel (collectively, "Defendants"), by and through undersigned counsel, respectfully request this Court's leave to file a Sur-Reply to Plaintiffs' Reply, filed on December 10, 2021 (Dkt. No. 41), in Support of Plaintiffs' Motion to Compel (Dkt. No. 25).

While the Federal Rules of Civil Procedure and this Court's Local Rules generally do not contemplate or otherwise provide for the filing of sur-replies, they have been permitted under certain circumstances by the district courts in the District of South Carolina. *See, e.g.*, *Palmer v. Santanna*, No. 2:16-cv-03350-PMD-MGB, 2018 WL 3120648, at *1 (D.S.C. Jan. 30, 2018); *Mitchell v. Conseco Life Ins. Co.*, No. CA 8:12-548-TMC, 2013 WL 2407129, at *3 (D.S.C. June, 2013); *see also* Standing Order on Sur-Replies of Judge Donald C. Coggins Jr. (D.S.C. May 21, 2021).

In the instant case, Defendants respectfully request that they be permitted to file a brief Sur-Reply addressing the limited issue of the timeliness of Defendants' Response in Opposition to Plaintiffs' Motion to Compel. (Dkt. No. 39). Based on what appears to be a misunderstanding between counsel, and on the part of Defendants' counsel, as well as based on the discussion during

the December 9, 2021, hearing with the Court and counsel for the parties, Defendants' counsel did not address the timeliness question in their Response as they did not understand it to be at issue.

Defendants respectfully submit that permitting them to file their proposed Sur-Reply would provide the full context on the timeliness issue raised by Plaintiffs in their Reply. (*See* Defendants' Proposed Sur-Reply, attached hereto as Exhibit A). In sum, Defendants believe that filing the proposed Sur-Reply is necessary as they believe there was a misunderstanding on the part of counsel for the parties regarding the deadline and timeliness of Defendants' December 9, 2021 Response.

Pursuant to Local Rule 7.02, counsel for Defendants consulted with Plaintiffs' counsel before filing the instant Motion, but Plaintiffs' counsel was unable to either give consent nor state his opposition to this Motion.

Respectfully submitted,

/s/ Angus H. Macaulay
Susi P. McWilliams, Fed. ID No. 3351
smcwilliams@nexsenpruet.com
Angus H. Macaulay, Fed. ID No. 5248
amacaulay@nexsenpruet.com
Sara S. Svedberg, Fed. ID No. 11928
ssvedberg@nexsenpruet.com
Brittany N. Clark, Fed. ID No. 12891
bclark@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC  29202
PHONE:  803.771.8900
FACSIMILE:  803.727.1435

*Counsel for Defendants, The South Carolina Commission on Lawyer Conduct and The South Carolina Office of Disciplinary Counsel*

December 10, 2021
Columbia, South Carolina