IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John Hawkins and HawkLaw, PA, | ) | C/A No.:3:21-01319-JMC |
| | ) | |
| Plaintiffs, | ) | **PLAINTIFFS' REPLY** |
| | ) | **MEMORANDUM IN FURTHER** |
| v. | ) | **SUPPORT OF MOTION TO COMPEL** |
| | ) | |
| The South Carolina Commission on | ) | |
| Lawyer Conduct and The South Carolina | ) | |
| Office of Disciplinary Counsel, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendants' Response Memorandum (ECF No. 39) is untimely and should not be considered by the Court. Plaintiffs' Motion to Compel and supporting Memorandum of Law were filed on September 28, 2021 (ECF No.: 25). The ECF notification directed a "Response to Motion due by 10/12/2021." (ECF No.: 25). Defendants simply ignored and disregarded this directive. Instead, they filed a Motion to Stay Discovery on October 22, 2021. (ECF No.: 27). This filing was not a Response to the Motion to Compel but even if it was responsive it was not timely filed. Even after this Court issued an Order denying Defendants' Motion to Stay Discovery (ECF No.: 32) Defendants waited nearly a month to file a Response that the Court had directed was "due by 10/12/2021."

Defendants' untimely response is emblematic of Defendants' dilatory discovery and litigation tactics designed to stall and delay in this case. Respectfully, the court should not allow Defendants' to ignore court directives whenever they see fit. Defendants had amble time to properly answer discovery but instead chose to object to virtually every interrogatory and request for production. Defendants had amble time to respond to the pending Motion to Compel but

1

instead ignored and disregarded the court's directive and responded on their own time table irrespective on anything else including the written directives of this Court.

## **CONCLUSION**

For the foregoing reasons and for the reasons previously argued in Plaintiffs' Motion to Compel and supporting Memorandum of Law, the Court should grant Plaintiffs' Motion to Compel and tax Defendants with costs and attorneys fees.

Respectfully submitted,

s/ Robert D. Dodson
Robert D. Dodson
Federal I.D. Number 7249
Law Offices of Robert Dodson, P.A.
1722 Main Street, Suite 200
Columbia, SC  29201
Telephone (803) 252-2600
Facsimile (803) 310-2545
Email: rdodson@rdodsonlaw.com

Columbia, South Carolina
December 10, 2021