# EXHIBIT 3

Law Offices of
# ROBERT DODSON, P.A.
1722 Main Street, Suite 200
Columbia, South Carolina 29201

Robert D. Dodson*

*Also Licensed in N.C.



Telephone: 803.252.2600
Facsimile: 803.310.2545

October 14, 2021

VIA ELECTRONIC MAIL

Susan Pedrick McWilliams, Esq.
Angus H Macaulay, Jr., Esq.
Sara Sofia Svedberg, Esq.
Brittany Nicole Clark, Esq.

RE:     **Hawkins et al. v. The South Carolina Comission on Lawyer Conduct et al.
         C/A No. 3:21-cv-01319-JMC**

Dear Counsel:

I hope this letter finds all of you well. Enclosed and served upon you please find Plaintiff's Responses to Defendant The South Carolina Office of Disciplinary Counsel's First Set of Interrogatories and Plaintiff's Responses to Defendant The South Carolina Office of Disciplinary Counsel's First Set of Requests for Production.

Thank you. With kind regards, I am,

Very truly yours,

*/s/ Robert D. Dodson*

Robert D. Dodson