# EXHIBIT 4

NEXSEN PRUET

Angus H. Macaulay
Member
Certified Specialist in Employment and Labor Law
Certified South Carolina Mediator
Admitted in SC

October 20, 2021

**VIA EMAIL**

Robert D. Dodson, Esquire
The Law Offices of Robert Dodson, P.A.
1722 Main Street, Suite 20
Columbia, SC 29201
rdodson@rdodsonlaw.com

Re:    *John Hawkins and HawkLaw, PA v. The South Carolina Commission on*
       *Lawyer Conduct and The South Carolina Office of Disciplinary Counsel*
       Civil Action No. 3-21-cv-01319-JMC

Dear Robert:

We received your clients' October 14, 2021, responses to Defendant South Carolina
Disciplinary Counsel's first set of Interrogatories and Requests for Production in the
above-referenced matter.

I note at the outset that our initial review of the responses finds that they are
incomplete in several instances, including, but not limited to, the responses to
Interrogatory Nos. 5-7, 9-13, and 15- 18 and Requests for Production Nos. 4, and 7-
10. Further, the objections are without merit and should be withdrawn. Additionally,
your objections concerning allegedly "confidential and proprietary" information
and/or documents (Interrogatories Nos. 5-7, 9-13,15-18 and Requests for Production
Nos. 7-10) can be addressed with a confidentiality order agreed to by the parties. As
you are claiming a privilege, per your response to Request to Produce No. 4, then you
need to produce a privilege log.

We intend to send you a more detailed letter outlining the deficiencies in the October
14th responses. However, we propose that further consultation concerning these and
other deficiencies and/or a subsequent Motion to Compel be held in abeyance and
discovery stayed pending Judge Childs' decision on the Defendants' pending October
11, 2021 Motion to Dismiss the Plaintiffs' Complaint. Therefore, we suggest that the
parties file a Consent Motion to Stay Discovery.

Austin

Charleston

Charlotte

**Columbia**

Greensboro

Greenville

Bluffton / Hilton Head

Myrtle Beach

Raleigh

1230 Main Street
Suite 700 (29201)
PO BOX 2426
Columbia, SC  29202
www.nexsenpruet.com

**T** (803) 253-8279
**F** 803.727.1465
**E** AMacaulay@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**

Robert Dodson
October 20, 2021
Page 2

Please let me know, in writing, by the close of business on Thursday, October 21st, if you will agree to join in a Consent Motion to Stay Discovery, which we will prepare. If not, we will file the Motion to Stay Discovery and state your unwillingness to consent.

Very truly yours,

Angus H. Macaulay

AHM/mjm