# EXHIBIT 7

From: Robert Dodson <rdodson@rdodsonlaw.com>
Sent: Monday, November 22, 2021 2:07 PM
To: Macaulay, Angus H. <AMacaulay@nexsenpruet.com>
Subject: Hawkins v. ODC

{EXTERNAL EMAIL}

Angus,

Please see attached. I'm happy to discuss in further detail if you think that would be useful. I'm also happy to discuss any other issues aside from discovery.

Best regards,

Robert D. Dodson, Esquire
Law Offices of Robert Dodson, P.A.
1722 Main Street, STE 200
Columbia, SC  29201
(803) 252-2600

1