IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John Hawkins and HawkLaw, PA, | ) | C/A No.:3:21-01319-JMC |
| | ) | |
| Plaintiffs, | ) | **PLAINTIFFS' RESPONSE TO** |
| | ) | **DEFENDANTS' MOTION FOR** |
| v. | ) | **CONFIDENTIALITY ORDER** |
| | ) | |
| The South Carolina Commission on | ) | |
| Lawyer Conduct and The South Carolina | ) | |
| Office of Disciplinary Counsel, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs do not oppose Defendants' pending Motion for Confidentiality Order (ECF 48).

Respectfully submitted,

s/ Robert D. Dodson
Robert D. Dodson
Federal I.D. Number 7249
Law Offices of Robert Dodson, P.A.
1722 Main Street, Suite 200
Columbia, SC  29201
Telephone (803) 252-2600
Facsimile (803) 310-2545
Email: rdodson@rdodsonlaw.com

Columbia, South Carolina
December 20, 2021

1