IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John Hawkins and HawkLaw, PA, | ) | C/A No.:3:21-01319-JMC |
| | ) | |
| Plaintiffs, | ) | **PLAINTIFFS' MOTION FOR** |
| | ) | **EXTENSION OF TIME TO** |
| v. | ) | **RESPOND TO DEFENDANTS'** |
| | ) | **MOTION TO COMPEL** |
| The South Carolina Commission on | ) | |
| Lawyer Conduct and The South Carolina | ) | |
| Office of Disciplinary Counsel, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiffs move for and request a fourteen (14) day extension of time to respond to Defendants' pending Motion to Compel (ECF Document No. 47). Such an extension would make Plaintiffs' response due on or by January 12, 2022. Plaintiffs' Counsel has consulted with Defense Counsel who does not oppose this motion.

Respectfully submitted,

s/ Robert D. Dodson
Robert D. Dodson
Federal I.D. Number 7249
Law Offices of Robert Dodson, P.A.
1722 Main Street, Suite 200
Columbia, SC  29201
Telephone (803) 252-2600
Facsimile (803) 310-2545
Email: rdodson@rdodsonlaw.com

Columbia, South Carolina
December 28, 2021