# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| John Hawkins and HawkLaw, PA,<br><br>   Plaintiffs,<br><br>vs.<br><br>The South Carolina Commission on Lawyer Conduct and The South Carolina Office of Disciplinary Counsel,<br><br>   Defendants. | Civil Action No. 3:21-cv-01319-JMC<br><br>**CONSENT MOTION<br>FOR EXTENSION OF TIME<br>FOR ODC TO FILE REPLY** |

Defendant The South Carolina Office of Disciplinary Counsel ("ODC"), by and through undersigned counsel, respectfully requests a seven (7) day extension of time to file its Reply in Support of its Motion to Compel Plaintiffs' Discovery Responses (Dkt. No. 47).

Plaintiffs' counsel consents to this request for an extension. If granted, ODC's Reply in Support of its Motion to Compel would be due by January 25, 2022.

                                                       Respectfully submitted,

                                                       /s/ Angus H. Macaulay
                                                       Susi P. McWilliams, Fed. ID No. 3351
                                                       smcwilliams@nexsenpruet.com
                                                       Angus H. Macaulay, Fed. ID No. 5248
                                                       amacaulay@nexsenpruet.com
                                                       Sara S. Svedberg, Fed. ID No. 11928
                                                       ssvedberg@nexsenpruet.com
                                                       Brittany N. Clark, Fed. ID No. 12891
                                                       bclark@nexsenpruet.com
                                                       NEXSEN PRUET, LLC
                                                       1230 Main Street, Suite 700 (29201)
                                                       Post Office Drawer 2426
                                                       Columbia, SC  29202
                                                       PHONE:  803.771.8900
                                                       FACSIMILE:  803.727.1435

January 12, 2022
Columbia, South Carolina