AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

John Hawkins and HawkLaw, PA ,
*Plaintiffs*
v.

The South Carolina Commission on Lawyer Conduct and The South Carolina Office of Disciplinary Counsel, Alan Wilson, *South Carolina Attorney General,*
*Defendants*

Civil Action No.     3:21-1319-JMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: the Plaintiffs shall take nothing of the Defendants, The South Carolina Commission on Lawyer Conduct and The South Carolina Office of Disciplinary Counsel and this action is dismissed as to these named defendants based on the Younger abstention doctrine.  The court having entered a consent order of dismissal as to defendant Alan Wilson, it is further ordered and adjudged that defendant Alan Wilson, South Carolina Attorney General is dismissed without prejudice pursuant to FRCP 41(a)(2).

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted the defendants' motion to dismiss and entered a consent order of dismissal as to Alan Wilson.

Date:   February 17, 2022

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*