IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John Hawkins and HawkLaw, PA, | ) | C/A No.:3:21-01319-JMC |
| | ) | |
| Plaintiffs, | ) | **PLAINTIFFS' MOTION FOR** |
| | ) | **RECONSIDERATION** |
| v. | ) | |
| | ) | |
| The South Carolina Commission on | ) | |
| Lawyer Conduct and The South Carolina | ) | |
| Office of Disciplinary Counsel, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to Rule 59(e), FRCP, Plaintiffs move the court to reconsider its Order and Opinion dated February 17, 2022. This motion is limited to reconsideration of those portions of the Order and Opinion dismissing Plaintiffs' facial challenges to Rule 7.1(e) of the South Carolina Rules of Professional Conduct and Plaintiffs' as applied challenges related to Rule 7.1(c) of the Rules of Professional related to the use of the phrase "expect more" in advertising. As explained more fully in Plaintiffs' supporting Memorandum of Law there are no pending charges or investigations in the state court action related to those two claims. Thus, those two claims are not "intertwined" with any state court proceedings because there are no state court proceedings related to those claims.

Respectfully submitted,

s/ Robert D. Dodson
Robert D. Dodson
Federal I.D. Number 7249
Law Offices of Robert Dodson, P.A.
1722 Main Street, Suite 200
Columbia, SC  29201
Telephone (803) 252-2600
Facsimile (803) 310-2545

1

2

Email: rdodson@rdodsonlaw.com

Columbia, South Carolina
March 15, 2022