United States District Court for the  District of South Carolina

District of  South Carolina

Docket Number  3:21-cv-01319-JMC

John Hawkins and HawkLaw, P.A.

)
v.  ) Notice of Appeal
)
The South Carolina Commission on  )
Lawyer Conduct and the South Carolina
Office of Disciplinary Counsel

　　　John Hawkins and HawkLaw, P.A.　　　(name all parties taking the appeal)*
appeal to the United States Court of Appeals for the  Fourth  Circuit from the final judgment entered on  5/11/22 and 2/17/22  (state the date the judgment was entered).

(s) Robert D. Dodson

Attorney for Plaintiffs/Appellants

Address: 1722 Main Street, STE 200

Columbia, SC 29201

[*Note to inmate filers:* *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal*]

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021  SCC