FILED: August 29, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1632
(3:21-cv-01319-JMC)
_____

JOHN HAWKINS; HAWKLAW PA

  Plaintiffs - Appellants

v.

SOUTH CAROLINA COMMISSION ON LAWYER CONDUCT; SOUTH CAROLINA OFFICE OF DISCIPLINARY COUNSEL

  Defendants - Appellees

and

CHRISTOPHER G. ISGETT; JOHN S NICHOLS; ALAN WILSON, South Carolina Attorney General

  Defendants

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                    /s/Patricia S. Connor, Clerk