FILED: August 29, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1632
(3:21-cv-01319-JMC)

_____

JOHN HAWKINS; HAWKLAW PA

      Plaintiffs - Appellants

v.

SOUTH CAROLINA COMMISSION ON LAWYER CONDUCT; SOUTH CAROLINA OFFICE OF DISCIPLINARY COUNSEL

      Defendants - Appellees

and

CHRISTOPHER G. ISGETT; JOHN S NICHOLS; ALAN WILSON, South Carolina Attorney General

      Defendants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk